DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIO MEZA-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>             Plaintiff,<br><br>  v.<br><br>MARIO MEZA-HERNANDEZ,<br>             Defendant. | NO. CR.S-07-124-GEB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER ON EXCLUSION OF TIME**<br><br>Date: May 18, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the trial confirmation hearing previously set for May 11, 2007 and the jury trial previously set for May 29, 2007 be vacated, and that a status conference be set for May 18, 2007, and that time be excluded for preparation of defense counsel.

This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to discuss the case with the prosecutor.  The parties are discussing a proposed plea agreement, and the pre-plea PSR must be translated for Mr. Meza-

Hernandez.

For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through May 18, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(iv)(Local Code T4).

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender


DATED: May 9, 2007                  /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant


                                    McGREGOR SCOTT
                                    United States Attorney


DATED: May 9, 2007                  /s/ RACHELLE BARBOUR for
                                    KYLE REARDON
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

## O R D E R

**IT IS SO ORDERED.** The previously set dates are vacated, and a status conference is set for May 18, 2007. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  May 14, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2